Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
jml@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
BLOOMINGDALE'S, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN TUCCI, | Case No. 3:20-cv-05794-EMC |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) and [PROPOSED] ORDER** |
| v. | |
| BLOOMINGDALE'S, INC.; and DOES 1 TO 20, | |
| Defendant. | Trial Date: February 7, 2022 |

**TO THE HONORABLE CLERK OF THE COURT:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff, KATHLEEN TUCCI ("Plaintiff") and Defendant, BLOOMINGDALE'S, INC., by and through their respective counsel of record, that Plaintiff's Complaint is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a).

**IT IS SO STIPULATED.**

///

///

///

4815-2784-6895.1

1

Case No. 3:20-cv-05794-EMC

JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) and [PROPOSED] ORDER

DATED: June 21, 2021  LAW OFFICES OF EDWARD C. CASEY, JR.

By: _____
Edward C. Casey, Jr.
Attorney for Plaintiff, KATHLEEN TUCCI

DATED: June 21, 2021  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: ____/s/ Jeffrey M. Lenkov____
Jeffrey M. Lenkov, Esq.
Attorneys for Defendant,
BLOOMINGDALE'S, INC.

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court hereby dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED

DATED: June 22, 2021  By: _____
UNITED STATES DISTRICT JUDGE